**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6112**

———————

BERNARD BAGLEY,

                                        Petitioner - Appellant,

         versus

STATE OF SOUTH CAROLINA,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-04-22327-2-23)

———————

Submitted:  April 28, 2005          Decided:  May 18, 2005

———————

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Bernard Bagley, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bernard Bagley seeks to appeal from the district court's order denying his Fed. R. Civ. P. 60(b) motion in which he sought to allege a fraud on the court during his 28 U.S.C. § 2254 (2000) proceedings, and denying his motion for reconsideration. The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable or wrong and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Bagley has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We further deny Bagley's motions to file a formal brief and for injunctive relief, and we deny his motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED